UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY SCOTT VAN HUISEN,<br><br>Plaintiff,<br><br>v.<br><br>CHIEF OF STAFF, et al.,<br><br>Defendants. | No.  2:23-cv-02815-DAD-JDP (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING MOTION TO PROCEED *IN FORMA PAUPERIS*<br><br>(Doc. Nos. 3, 14) |

Plaintiff Gregory Scott Van Huisen is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 5, 2024, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's application to proceed *in forma pauperis* (Doc. No. 3) be denied because:  (1) he is subject to the three strikes bar under 28 U.S.C. § 1915(g); and (2) the allegations of plaintiff's complaint do not satisfy the "imminent danger of serious physical injury" exception to § 1915(g).  (Doc. No. 14 at 2) (citing *Andrews v. Cervantes*, 493 F.3d 1047, 1051−55 (9th Cir. 2007)).  The magistrate judge also recommended that plaintiff be ordered to pay the required $402.00 filing fee in full in order to proceed with this action.  (*Id*. at 3.)  The findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service.  (*Id*. at 2.)  On March 11, 2024,

plaintiff filed objections to the pending findings and recommendations. (Doc. No. 15.) That same day, plaintiff also filed a notice of appeal to the Ninth Circuit, but plaintiff's appeal was dismissed by the Ninth Circuit on March 28, 2024. (Doc. No. 19.)

Plaintiff's one-page objections are difficult to decipher, and the court is unable to discern on what basis plaintiff objects to the pending findings and recommendations. (Doc. No. 15.) Plaintiff simply does not articulate any basis upon which the findings and recommendations should be rejected.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the undersigned has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the undersigned concludes that the findings and recommendations are supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on March 5, 2024 (Doc. No. 14) are adopted;
2. Plaintiff's motion to proceed *in forma pauperis* (Doc. No. 3) is denied;
3. Within thirty (30) days from the date of service of this order, plaintiff shall pay the $405.00 filing fee in full in order to proceed with this action;
4. Plaintiff is forewarned that failure to pay the filing fee within the specified time will result in the dismissal of this action; and
5. This matter is referred back to the assigned magistrate judge for further proceedings consistent with this order.

IT IS SO ORDERED.

Dated: **April 2, 2024**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2