UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY SCOTT VAN HUISEN, | No. 2:23-cv-02815-DAD-JDP (PC) |
| Plaintiff, | |
| v. | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING THIS ACTION |
| CHIEF OF STAFF, et al., | |
| Defendants. | (Doc. Nos. 5, 7, 11, 21, 24, 25) |

Plaintiff Gregory Scott Van Huisen is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 3, 2024, the court denied plaintiff's motion to proceed *in forma pauperis* and ordered plaintiff to pay the required $402.00 filing fee in order to proceed with this action. (Doc. No. 20.) Plaintiff was warned in that order that his failure to pay the filing fee in full within thirty (30) days would result in the dismissal of this action without prejudice. (*Id.* at 2.) Nonetheless, plaintiff did not timely pay the filing fee. Plaintiff did file an appeal with the Ninth Circuit, but that appeal was dismissed for lack of jurisdiction because plaintiff appealed the assigned magistrate judge's findings and recommendations, which is not a final or appealable order. (Doc. Nos. 16, 19.)

/////

1

On June 5, 2024, the magistrate judge issued findings and recommendations recommending that this action be dismissed due to plaintiff's failure to pay the required filing fee. (Doc. No. 24.) The pending findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.* at 2.) On June 10, 2024, plaintiff filed objections to the pending findings and recommendations. (Doc. No. 25.)

In his objections, plaintiff does not meaningfully address the fact that he has failed to pay the filing fee, which is required to proceed with this action. Rather, plaintiff merely asserts in conclusory fashion that "this case qualifiable [sic] for imminent danger." (*Id.*) Plaintiff's objections simply provide no basis upon which to reject the pending findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued on June 5, 2024 (Doc. No. 24) are adopted in full;
2. This action is dismissed due to plaintiff's failure to pay the filing fee;
3. Plaintiff's pending motions (Doc. Nos. 5, 7, 11, 21, 25) are denied as having been rendered moot by this order; and
4. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **July 3, 2024**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE